# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JAMES A. TRICE, | : | No. 18 WM 2020 |
| Petitioner | : | |
| v. | : | |
| D. GREGORY GEARY, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 29th day of April, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Prohibition is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.